United States Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. SIMS,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL NO. C09-5428-RBL-JRC

ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before December 10, 2009, Defendant's Answering Brief shall be filed on or before January 7, 2010, Plaintiff's Reply Brief shall be filed on or before January 21, 2010, and oral argument shall be requested by January 28, 2010.

DATED this 24th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF- [C09-5428-RBL-JRC] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226