United States Magistrate Judge J. Richard Creatura

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL R. SIMS, | ) |
| Plaintiff, | ) CIVIL NO. C09-5428-RBL-JRC |
| vs. | ) ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before December 31, 2009, Defendant's Answering Brief shall be filed on or before February 1, 2010, and Plaintiff's Reply Brief shall be filed on or before February 16, 2010. Oral argument, if desired, shall be requested by February 23, 2010.

DATED this 11th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF- [C09-5428-RBL-JRC] - 1