# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL R. SIMS,

      v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

No. C09-5428RBL

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)      The Court adopts the Report and Recommendation; and

(2)      The matter is therefore REMANDED to the administration for further consideration.

| | |
|---|---|
| May 28, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |